1144

No. 95–1906. UNITED STATES v. WATTS; and UNITED STATES v. PUTRA, *ante,* p. 148. Motion of respondent Vernon Watts for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 96–5915. IN RE DANIK, *ante,* p. 980. Motion for leave to file petition for rehearing denied.

FEBRUARY 20, 1997

No. 96–863. BINDANA INVESTMENTS CO. LTD. ET AL. v. KNEE DEEP CATTLE CO., INC., ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

No. 96–7142. SMITH v. OFFICE OF CIVILIAN HEALTH AND MEDICAL PROGRAM OF THE UNIFORMED SERVICES ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.

No. A–577. CALDERON, WARDEN v. MOORE. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted. Enforcement of the order of the United States District Court for the Central District of California, case No. CV 91–5976–KN, issued on March 31, 1995, is hereby stayed pending final disposition of the appeal by the United States Court of Appeals for the Ninth Circuit.

FEBRUARY 24, 1997

No. 95–586. WISCONSIN ET AL. v. MUELLER ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Seminole Tribe of Fla.* v. *Florida,* 517 U. S. 44 (1996).

No. 95–1415. SABELKO ET AL. v. CITY OF PHOENIX ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Schenck* v. *Pro-Choice Network of Western N. Y., ante,* p. 357.